FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2017

CENTRAL
BY



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

**PLAINTIFF**

v.

Sergio Avalos

**DEFENDANT(S).**

**CASE NUMBER**

17 MJ 3068

## ORDER OF TEMPORARY DETENTION
## PENDING HEARING PURSUANT
## TO BAIL REFORM ACT

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Dec. 14_, _2017_, at _1:00_ ☐a.m. / ☑p.m. before the Honorable _First_, in Courtroom _PM_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _12/11/17_

_____
U.S. District Judge/Magistrate Judge